IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-437 |
| | § | |
| YANETTE RODRIGUEZ ACOSTA | § | |

## O R D E R

The defendant filed an unopposed motion for continuance, (Docket Entry No. 12). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 20, 2017 |
| Responses are to be filed by: | December 4, 2017 |
| Pretrial conference is reset to: | **December 11, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 18, 2017 at 9:00 a.m.** |

SIGNED on August 16, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge