United States District Court
Southern District of Texas
**ENTERED**
April 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-17-437-1 |
| § | |
| YANETTE ACOSTA, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT**

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Yanette Acosta and find her guilty of Counts 1 and 10 of the Indictment charging her with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h). No objections have been filed to the Report and Recommendation of the Magistrate Judge.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, this court finds that the defendant, Yanette Acosta, is fully competent and capable of entering an informed plea, and that she is aware of the nature of the charges made against her and the consequences of her plea, and that her guilty plea is knowing and voluntary supported by an independent basis in fact containing each of the essential elements of the offenses with which she is charged.

Defendant, Yanette Acosta, is **GUILTY** of the offense of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h).

SIGNED on April 2, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge