IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-17-437 |
| | § |
| YANETTE RODRIGUEZ ACOSTA | § |

**O R D E R**

The motion for continuance of the sentencing is denied. The defendant's need for time to review exhibits is met by the fact that the sentencing is not until Thursday, September 20, and all but a small part of the exhibits were produced well in advance. The fact that victims are traveling from the west coast to testify in the hearing weighs heavily against a continuance. The defendant's arguments have been expressed thoroughly and vigorously in filings already submitted. The sentencing will proceed as scheduled.

SIGNED on September 18, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge